IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED

DEC 0 7 2016

Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. JAVIER DOLORES GONZALEZ-DIAZ, aka Phillip Baca, Jr., Defendant. | Cause No. CR 09-77-GF-SEH<br><br>ORDER DENYING MOTION TO REDUCE SENTENCE |

On November 23, 2016, Defendant Gonzalez-Diaz moved the Court to reduce his sentence in light of a recent amendment to U.S.S.G. § 2L1.2, the guideline governing his advisory guideline calculation.

Gonzalez was sentenced in February 2010. His conviction and sentence became final on May 16, 2011. *See Gonzalez-Diaz v. United States*, No. 10-10019 (U.S. May 16, 2011); *Griffith v. Kentucky*, 479 U.S. 314, 321 n.6 (1987). Five and a half years later, the Sentencing Commission adopted Amendment 802, altering the manner of assessing aliens' criminal history under U.S.S.G. § 2L1.2.

18 U.S.C. § 3582(c)(2) authorizes a court to reduce a sentence based on a guideline amendment "if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission." The Commission's policy statement is located in U.S.S.G. § 1B1.10. Of the 804 guideline amendments

1

adopted to date, 29 of them apply retroactively. Amendment 802 is not among them. *See* U.S.S.G. § 1B1.10(a)(1), (d). Therefore, the Court is not authorized to reduce Gonzalez's sentence.

Accordingly, IT IS HEREBY ORDERED that Gonzalez's motion to reduce the sentence (Doc. 86) is DENIED.

DATED this 7th day of December, 2016.

Sam E. Haddon
United States District Judge